## STATE *v.* FRANK WILKINS.

(*December* 12, 1930.)

PENNEWILL, C. J., HARRINGTON and RICHARDS, J. J., sitting.

*Reuben Satterthwaite,* Attorney-General, *Charles F. Richards* and *David J. Reinhardt, Jr.,* Deputy Attorneys-General, for the State.

*William Prickett* for the defendant.

Court of Oyer and Terminer for New Castle County. No. 51, May Term, 1930.

PENNEWILL, C. J., delivering the opinion of the court:

Rape is a felony (*section* 4706, *Revised Code of* 1915), but because of the proviso as to capital cases in section 4827 of the Code, and above referred to, the motion for a new trial is refused.